UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
DONALD SCHREIBER,

                              Plaintiff,

      – against –

STEVEN J. SPIEGEL and TOPICAL BIOMEDICS, INC.

                             Defendants.
-------------------------------------------------------------------------x

**ORDER**

No. 19-cv-11379 (CS)

Seibel, J.

      For the reasons set forth in Plaintiff's March 18, 2020 letter, all claims against Defendants are DISMISSED without prejudice under Federal Rule of Civil Procedure 41(a)(2).

The Clerk of Court shall close the case.

**SO ORDERED.**

Dated: September 28, 2020
       White Plains, New York

                                             _____
                                                CATHY SEIBEL, U.S.D.J.